1

2

3

4  IN THE UNITED STATES DISTRICT COURT

5  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  MARIE DEMARTINI, individually and on behalf of all others similarly situated, | Case No. 20-cv-05952-MMC |
| 8  Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE ACTIONS; VACATING HEARING** |
| 9  v. | |
| 10  SAFELITE FULFILLMENT, INC. | |
| 11  Defendant. | |
| 12  WILLIE AUSTIN, JR., an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No. 21-cv-00191-MMC |
| 13 | |
| 14  Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO STAY; VACATING HEARING** |
| 15  v. | |
| 16  SAFELITE FULFILLMENT, INC., | |
| 17  Defendant. | |

18

19       Before the Court are two motions: (1) plaintiff Marie DeMartini's ("DeMartini")

20  Motion to Consolidate, filed May 7, 2021, in DeMartini v. Safelite Fulfillment, Inc., Case

21  No. 20-cv-5952 ("DeMartini Action"), whereby DeMartini seeks an order consolidating the

22  DeMartini Action with Austin v. Safelite Fulfillment, Inc., Case No. 21-cv-00191 ("Austin

23  Action"); and (2) defendant Safelite Fulfillment, Inc.'s ("Safelite") Motion to Stay, filed May

24  21, 2021, in the Austin Action, whereby Safelite seeks, in lieu of consolidation, an order

25  staying the Austin Action and proceeding solely on the DeMartini Action.  The motions

26  have been fully briefed.

27       Having read and considered the papers filed in support of and in opposition to the

28  motions, the Court deems the matters appropriate for decision on the parties' respective

written submission, VACATES the hearing scheduled for June 25, 2021, and, for the reasons stated by plaintiffs, finds consolidation of the DeMartini and Austin Actions preferable to a stay of the Austin Action.

Accordingly:

1. DeMartini's Motion to Consolidate is hereby GRANTED, conditioned on plaintiffs' filing in the DeMartini Action and no later than July 2, 2021, a Consolidated Complaint in which plaintiffs set forth all claims alleged on behalf of both plaintiffs.

2. Safelite's Motion to Stay is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 22, 2021

MAXINE M. CHESNEY
United States District Judge