JAMES HAWKINS APLC
James R. Hawkins (SBN 192925)
Christina M. Lucio (SBN 253677)
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   (949) 387-7200
Facsimile:      (949) 387-6676
E-Mail: christina@ jameshawkinsaplc.com
            james@jameshawkinsaplc.com

Attorneys for Plaintiff
MARIE DEMARTINI

Norman B. Blumenthal, State Bar No. 068687
Kyle R. Nordrehaug, State Bar No. 205975
Aparajit Bhowmik, State Bar No. 248066
Piya Mukherjee, State Bar No. 274217
Victoria Rivaplacio, State Bar No. 275115
Charlotte E. James, State Bar No. 308441
BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
2255 Calle Clara
La Jolla, CA 92037
Email: norm@bamlawca.com
Email: kyle@bamlawca.com
Email: aj@bamlawca.com
Email: aj@bamlawca.com
Email: piya@bamlawca.com
Email: victoria@bamlawca.com
Email: charlotte@bamlawca.com

Attorneys for Plaintiff
WILLIE AUSTIN JR.

*[Defendant's Counsel Listed on Following Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DEMARTINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFELITE FULFILLMENT, INC., an Ohio Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  3:20-CV-05952-MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |

1

VORYS, SATER, SEYMOUR AND PEASE LLP
    Krystal V. Campos, State Bar No. 351517
    Kycampos@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949)531-4496
Fax: (949) 531-4496

Attorneys for Defendant
SAFELITE FULFILLMENT, INC., SAFELITE
GLASS CORP. AND SAFELITE GROUP, INC.

2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Marie DeMartini and Willie Austin, Jr. ("Plaintiffs") and Safelite Fulfillment, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-entitled action in its entirety without prejudice.

Neither Party shall be deemed the prevailing party for purposes of this action and this action shall be dismissed in its entirety.

**IT SO STIPULATED AND AGREED.**

Dated: July 31, 2024          **JAMES HAWKINS APLC**


By:    _/s/ Christina M. Lucio_
       James R. Hawkins, Esq.
       Christina M. Lucio, Esq.

       Attorneys for Plaintiff,
       MARIE DEMARTINI


Dated: July 31, 2024          **VORYS, SATER, SEYMOUR AND PEASE LLP**


_/s/ Krystal V. Campos_
Krystal V. Campos

Attorneys for Defendant
SAFELITE FULFILLMENT, INC. ., SAFELITE
GLASS CORP. AND SAFELITE GROUP, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 01, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: August 01, 2024                     */s/ Christina M. Lucio*
                                            Christina M. Lucio

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE